

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00357-CV

_____

IN RE CARY JOSEPH HEATH, Relator

---

Original Proceeding
213th District Court of Tarrant County, Texas
Trial Court No. 1474853D

---

Before Walker, Birdwell, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. *In re Green*, No. 05-20-003539-CV, 2020 WL 1698616 (Tex. App.—Dallas Apr. 8, 2020, orig. proceeding) (mem. op.).

Per Curiam

Delivered: June 5, 2026